UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL W. VERNER, | |
| Plaintiff, | |
| -against- | 25-CV-6530 (JHR) (RFT) |
| LESLIE JEROME HARMON et al., | **ORDER** |
| Defendant. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The filing at ECF 36-5, Plaintiff's Exhibit D in support of its Cross Motion for Release of

Funds, shall remain sealed. Plaintiff is directed to file a redacted copy of Exhibit D on the docket

by **March 25, 2026.**

DATED:  March 24, 2026
          New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge