UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL W. VERNER,

                Plaintiff,

    -against-

LESLIE JEROME HARMON et al.,

                Defendant.

25-CV-6530 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Counsel for Mr. Harmon shall, by **May 13, 2026**, file a letter on the docket indicating whether his client is willing to participate in mediation at this time and if so whether he prefers a settlement conference with the undersigned or a mediation through the Court-annexed mediation program.

DATED:  May 8, 2026
       New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge