UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL W. VERNER,

                          Plaintiff,

        v.

LESLIE JEROME HARMON et al.,

                          Defendants.

25-CV-6530 (JHR) (RFT)

**OPINION & ORDER**

ROBYN F. TARNOFSKY, UNITED STATES MAGISTRATE JUDGE:

Plaintiff Paul W. Verner brings this interpleader action against Defendants, who are individuals and entities involved in *Harmon v. Mosley*, No. 23-cv-4225 (JHR) (RFT) (the "Underlying Litigation"), seeking declaratory and injunctive relief in connection with an attorneys' fees dispute arising out of the Underlying Litigation. (*See* ECF 1, Interpleader Compl.)

To satisfy the jurisdictional requirements of an interpleader claim, a plaintiff must allege that: (1) it is in possession of a single fund of value greater than $500; (2) the action involves two or more adverse claimants of diverse citizenship; (3) it has deposited or is depositing the fund with the court; and (4) it has a real and reasonable fear of double liability or vexatious, conflicting claims. *See Solar Spectrum LLC v. AEC Yield Cap. LLC*, No. 18-CV-7950 (GBD) (JLC), 2019 WL 5381798, at *5 (S.D.N.Y. Oct. 22, 2019), at *4; 28 U.S.C. § 1335. Plaintiff has alleged that he possesses settlement payments of more than $500; the adverse claimants (the Harmon Defendants on the one hand and the Attorney Defendants on the other) are diverse, because the Harmon Defendants are citizens of Texas and the Attorney Defendants are citizens of Pennsylvania; and that he has a real and reasonable fear of double liability or conflicting claims.

(*See generally* ECF 1, Compl.) However, the fund has not been deposited with this Court. The Attorney Defendants seek a total of $365,055.00 ($279,060 for Glickman and $85,995 for Resnick).

Accordingly, Plaintiff shall, by **June 16, 2026**, either deposit the amount of $365,055.00 with the Court or show cause why the case should not be dismissed for failure to deposit the disputed fund with the Court..

DATED:  June 11, 2026
New York, New York

SO ORDERED,

**ROBYN F. TARNOFSKY**
United States Magistrate Judge

2