UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL W. VERNER, | |
| Plaintiff, | |
| -against- | 25-CV-6530 (JHR) (RFT) |
| LESLIE JEROME HARMON et al., | **ORDER** |
| Defendant. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Clerk of Court is respectfully requested to seal ECF 57, which contains confidential settlement information. Plaintiff acknowledges in his motion that Defendants may take issue with his filing of confidential settlement communications on the public docket but provides several unpersuasive reasons why there was no need for him to do so. Plaintiff could easily have filed the attachments disclosing confidential settlement communications under seal. His failure to do so is in my view a clear and willful breach of his professional responsibility. Plaintiff is ordered by **July 3, 2026** to file a new version of the document on the docket with all confidential settlement information redacted or sealed.

DATED:  July 1, 2026
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge