UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL W. VERNER,

Plaintiff,

-against-

LESLIE JEROME HARMON et al.,

Defendant.

25-CV-6530 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

My order at ECF 68 required counsel for Resnick and Glickman to file a proposed case management order by July 23, 2026 and to email the proposed case management order to Mr. Harmon and file a declaration on the docket indicating that he has done so. The order gives Mr. Verner and Mr. Harmon until **July 30, 2026** to send a letter to the Court with objections to the proposed case management order and provides instructions on how Mr. Harmon may make that filing. Counsel for Resnick and Glickman is ORDERED to file a declaration on the docket by **July 27, 2026** indicating that he has emailed the proposed case management order to Mr. Harmon. A telephonic settlement conference will be held on **August 5, 2026 at 2:00 pm**. A separate order will include the call in information for the settlement conference.

DATED: July 24, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge