UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL W. VERNER,

Plaintiff,

-against-

LESLIE JEROME HARMON et al.,

Defendant.

25-CV-6530 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Clerk of Court is respectfully requested to seal ECF 80, which contains confidential settlement information. Plaintiff has previously been reminded to file documents containing confidential settlement information under seal. (*See* ECF 58.) Plaintiff could easily have filed the attachments disclosing confidential settlement information under seal. Plaintiff is ordered by **August 7, 2026** to file a new version of the document on the docket with all confidential settlement information redacted.

DATED: August 6, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge