UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL W. VERNER,

Plaintiff,

-against-

LESLIE JEROME HARMON et al.,

Defendants.

25-CV-6530 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On September 15, 2026, Kevon Glickman filed a letter on the docket using the event "motion for judgment on the pleadings." (ECF 119.) That event is incorrect – the letter does not seek judgment on the pleadings. Instead, the letter informs the Court that Mr. Glickman is reluctant to participate in mediation but is willing to do so; the letter also seeks clarification of comments I made at a conference held on September 11, 2026. I believe the requested clarification is contained in my order to show cause issued in the related case of *Harmon et. al. v. Mosley et. al.,* 23-CV-4225 (RFT), at ECF 323. If either Mr. Glickman or Bernard M. Resnick wishes to be heard on the issue raised in my order to show cause, he may by November 6, 2026 file a letter, not to exceed three single-spaced pages, on the docket in 23-CV-4225 (RFT).

The Clerk of Court is respectfully requested to terminate ECF 119.

DATED: September 16, 2026
New York, NY

**SO ORDERED.**

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**