UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL W. VERNER,

Plaintiff,

-against-

LESLIE JEROME HARMON et al.,

Defendants.

25-CV-6530 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On June 23, 2026, Attorney Defendants in this case filed a counterclaim against Plaintiff Verner. (ECF 56.) Plaintiff's response to the counterclaim was due on July 14, 2026. Plaintiff has not responded to the counterclaim, although he has otherwise been actively participating in this case. Accordingly, Plaintiff's time to respond to the counterclaim is extended nunc pro tunc until **September 24, 2026**.

DATED: September 17, 2026
New York, NY

**SO ORDERED.**

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**