UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL W. VERNER,<br>Plaintiff,<br>-against-<br>LESLIE JEROME HARMON et al.,<br>Defendants. | 25-CV-6530 (JHR) (RFT)<br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Court is in receipt of an email from Defendant Resnick's counsel, copying Judge Rearden, Plaintiff, Defendant Glickman, and Defendant Harmon's counsel, attached hereto as Exhibit A. Counsel for Defendant Resnick is reminded that communications with Chambers by email is only permitted for urgent matters requiring immediate attention or when otherwise expressly permitted by the Court in advance. In all other circumstances, requests or questions to Chambers should be made by letter only, filed on the docket.

DATED: September 18, 2026
New York, NY

**SO ORDERED.**

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**