UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL W. VERNER,

Plaintiff,

-against-

LESLIE JEROME HARMON et al.,

Defendants.

25-CV-6530 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Attorney Defendants' application for a briefing schedule on their pending motion for default judgment on their crossclaims against Harmon Defendants (ECF 128-1 at 2-3) falls within the scope of my reference. Harmon Defendants shall have until **September 30, 2026** to oppose the motion for default judgment. Attorney Defendants shall have until **October 7, 2026** to file a reply in further support of their pending motion for a default judgment.

DATED: September 18, 2026
New York, NY

**SO ORDERED.**

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**