UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL W. VERNER,

Plaintiff,

-against-

LESLIE JEROME HARMON et al.,

Defendants.

25-CV-6530 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The captions of the Glickman Parties' latest filings (ECF 145, ECF 146, ECF 147) indicate that they intended to make these filings in the related case, *Harmon et. al. v. Mosley et. al.*, No 23-CV-4225 (RFT). Accordingly, the Clerk of Court is respectfully requested to strike ECF 145, ECF 146, and ECF 147 from the docket.

DATED: September 30, 2026
New York, NY

**SO ORDERED.**

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**