UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL W. VERNER,

Plaintiff,

-against-

LESLIE JEROME HARMON et al.,

Defendants.

25-CV-6530 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On October 13, 2026, I issued an order in the related case of *Harmon et al v. Mosley et al*, No. 23-CV-04225 (RFT), stating, in relevant part at ECF 329:

> [I]t is my intention to decide the motion for an attorney's lien (ECF 326-1) in connection with [*Harmon et al v. Mosley et al*, No. 23-CV-04225 (RFT)], in which the parties and Mr. Glickman have consented to my jurisdiction for all purposes. The attorney's lien motion was already fully briefed on the docket of [this case], at ECF 15 (Glickman's Memorandum of Law in Support of Motion for Attorney's Fees), ECF 28 (Harmon Defendants' Memorandum of Law in Opposition to Motion for Attorney's Fees), and ECF 34 (Glickman's Reply in Further Support of Motion for Attorneys' Fees). Accordingly, no additional briefing is required. However, if Harmon Parties wish to file any additional documents in opposition to the motion for attorney's fees (ECF 326-1), they shall do so by **October 19, 2026**; Mr. Glickman would have until **October 26, 2026** to respond to any such filing. If Harmon Parties do not file any additional documents in opposition to the motion for attorney's fees (ECF 326-1), I will consider the motion fully briefed based on the filings in the related case ECF 15, ECF 28, and ECF 34.

Counsel for Harmon Parties in connection with Glickman Parties' attorney's lien motion in this case (ECF 15) is ORDERED by **October 16, 2026** to file his notice of appearance in the related case of *Harmon et al v. Mosley et al*, No. 23-CV-04225 (RFT). Going forward, counsel for Harmon Parties in connection with Glickman Parties' attorney's lien motion and Glickman Parties shall make any filings related to that motion on the docket of the related case of *Harmon et al v. Mosley et al*, No. 23-CV-04225 (RFT); and the Court will issue any orders relating

to Glickman Parties' attorney's lien motion on the docket of the related case of *Harmon et al v. Mosley et al*, No. 23-CV-04225 (RFT).

DATED: October 14, 2026
New York, NY

**SO ORDERED.**

______________________________
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**