UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL W. VERNER,

Plaintiff,

-against-

LESLIE JEROME HARMON et al.,

Defendants.

25-CV-6530 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

At the conference held on October 14, 2026, Mr. Burnett, who is counsel for Harmon Parties in this matter, asked for clarification of my order at ECF 166, in which I directed him to file a notice of appearance in the related case of *Harmon et. al. v. Mosley et. al.*, No. 23-CV-4225. It was not my intention to suggest that Mr. Burnett would replace Mr. Verner as counsel of record in the related case in connection with the underlying dispute between Harmon Parties and Mosley Parties. Instead, it was my intention for Mr. Burnett to enter an appearance in the related case solely for the purpose of representing Harmon Parties in connection with the attorney's lien motion brought in that matter by Glickman Parties.

DATED: October 15, 2026
New York, NY

**SO ORDERED.**

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**