UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL W. VERNER,

Plaintiff,

-against-

LESLIE JEROME HARMON et al.,

Defendants.

25-CV-6530 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On October 14, 2026, I ordered counsel for Harmon Parties to file his notice of appearance in the related case of *Harmon et al v. Mosley et al*, No. 23-CV-04225 (RFT) by October 16, 2026. (ECF 166.) On October 15, 2026, I clarified that counsel for Harmon Parties is only required to enter his appearance in the related case for the sole purpose of representing Harmon Parties in connection with the attorneys' lien motion brought in that matter by Glickman parties. (ECF 169.) To date, counsel for Harmon Parties has not filed his appearance in the related case.

Accordingly, I am nunc pro tunc extending the deadline for counsel for Harmon Parties to file his appearance in the related case of *Harmon et al v. Mosley et al*, No. 23-CV-04225 (RFT), for the sole purpose of representing Harmon Parties in connection with the attorneys' lien motion brought in that matter by Glickman parties until **October 20, 2026**.

DATED: October 19, 2026
New York, NY

**SO ORDERED.**

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**