UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL W. VERNER,

Plaintiff,

-against-

LESLIE JEROME HARMON et al.,

Defendants.

25-CV-6530 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is a motion by Harmon Parties and Verner for an extension of time to complete discovery (ECF 179), as well as letters from Resnick Parties and Glickman Parties seeking monetary sanctions for the failure by Harmon Parties and Verner to comply with my discovery order (ECF 168). (*See* ECF 176, 177). As discussed at the conference held on November 10, 2026:

1. Verner's and Harmon Parties' deadline to comply with my discovery order (ECF 168) is extended nunc pro tunc until **November 20, 2026**. Resnick Parties and Glickman Parties are correct that Verner and Harmon Parties have failed to comply with Court-ordered deadlines on several previous occasions. The parties are ORDERED by 5:00pm Eastern on **November 20, 2026** to file a joint letter stating their positions as to whether Verner and Harmon Parties have complied with their obligation to produce discovery by **November 20, 2026.** If Verner and Harmon Parties have not produced discovery as ordered by that deadline, I expect to impose escalating monetary sanctions for each day that the ordered discovery has not been produced.

2. Any joint letter by the parties indicating that Verner and Harmon Parties appear to have completed the previously ordered discovery is without prejudice to the filing by Glickman Parties and/or Resnick Parties of a letter by **November 30, 2026**, raising any claimed

deficiencies in the production that become apparent after review. If Glickman Parties and/or Resnick Parties file any such letter, Verner and/or Harmon Parties shall have until **December 3, 2026** to file a letter in response.

3. Glickman Parties' request for production of an unredacted version of the settlement agreement (ECF 178) is denied without prejudice to renewal after the completion of all other discovery in this matter.

The Clerk of Court is respectfully requested to terminate ECF 179.

DATED: November 10, 2026
New York, NY

**SO ORDERED.**

______________________________
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**